IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Edward Thomas Kennedy,<br><br>                Plaintiff,<br><br>vs.<br><br><br><br>The United States Courts,<br>John Glover Roberts individually,<br>and in his official capacity<br>as Chief Executive Officer<br>of the United States Courts, and<br>Richard G. Andrews, individually<br>and as an employee of the United<br>States District Court District of<br>Delaware, and Leonard P. Stark,<br>individually and as federal employee<br>of the United States District Court<br>District of Delaware,<br>                Defendants. | No. __19-1311__<br><br>Verified<br><br>Jury Trial Demanded<br><br> |

## COMPLAINT

FIRST CAUSE OF ACTION –TRESPASS ON THE CASE (Common Law)

1.    The Plaintiff, Edward Thomas Kennedy, ("Kennedy" and/or "Plaintiff") is one of the people of Pennsylvania in this court of record complains against the Defendants the United States Courts ("Courts"), John Glover Roberts, ("Roberts") individually and in his official capacity as Chief Executive Officer of the United States Courts, and Richard G. Andrews ("Andrews") individually and in his official capacity as a federal employee of the United States District Court District of Delaware, and Leonard P. Stark ("Stark") individually and as a federal employee of the United States District Court District of Delaware, for Trespass on the Case (Common Law) and Negligence.

2.    Defendants exceeded the court's jurisdiction, and because they exceeded the Court's jurisdiction, injured the Plaintiff in loss of rights.

3.    NOTICE

1

    a.    Under mandatory and binding law, the Constitution of the United States, all United States Courts are courts of record.
    b.    Executive Order 11110. and 12 U.S. Code § 411.
    c.    We the people do not yield our sovereignty to those agencies that serve us. United States Courts is an agency and a corporation.
    d.    The Defendants named herein in this case under 28 U.S. Code § 1361 have a duty owed to the plaintiff by U.S. law.
    e.    U.S. Judges have no discretion and no jurisdiction to trespass on plaintiff's cases in a court of record.

    4.    Pursuant to 28 U.S. Code § 453, Plaintiff accepts the oath of office of the U.S. Judge assigned to administrate this case, and binds him or her to it. Plaintiff wishes a Judge to be assigned to this case that was not spied upon by Barack Obama and/or Obama appointees while in office, and Plaintiff does not consent to the services of a U.S. Magistrate. [1]

---

[1] All non-Trump appointed, U.S. Judges have been spied upon since 2009 by Barack Hussein Obama ("Hussein") and thus Plaintiff's cases in this court of record are tainted and justice obstructed by Hussein, and especially Hussein's appointed Judges, and all U.S. Judges in this district prior to Trump's appointments, according to testimony by Dennis Montgomery and confirmed before the U.S. Congress by Hussein Appointee and FBI Attorney James Baker.
Pursuant to Rule 902, the evidence cited herein Is Self-Authenticating, because in public record in Montgomery v. Comey, Civil Action No. 17-1074 (RJL) (D.D.C. Mar. 1, 2018), Plaintiff Montgomery testified under oath and under a limiting Gag Order in document 1, page four, that Defendant James Comey and including Defendant Obama as President and all other defendants in the Montgomery complaint spied on the chief justice of the U.S. Supreme Court, the Defendant John Glover Roberts, other U.S. Supreme Court Justices, 156 (U.S.) Judges and others such as U.S. President Donald J. Trump. An update to Montgomery's 2018 under oath testimony in a court of law is that we the people now know that Huessein and his appointees mass surveilled or "spied" on all Americans and all U.S. persons as early as 2009.
    U.S. Attorney General Barr testified under oath before U.S. Congress that there was spying. Plaintiff Kennedy simply believes that Obama threatened to expose i.e. "out" Defendant Roberts as an in the closet homosexual man who married Attorney Jane Sullivan at age 41 in order to further his career ambitions, as repoted by author Joan Biskupic in an authorized biography entitled "The Chief The Life and Turbulent Times of Chief Justice John Roberts (Basic Books, New York, NY, March 2019).
    Plaintiff Kennedy believes from private conversations, friendships and experiences with both straight and gay men and woman in the San Francisco, Calirornia Bay area that hetersexual men of his generation, the baby boom generation, did not marry for the first time at age 41 unless they are gay men, who intended to hide their homosexuality in order advance their careers. The proverbal elephant in the room is that Defendant Roberts is comprimised, perhaps gay, and that Obama leveraged him and/or threatened to out him concerning the so-called Affordable Healthcare legislation. Roberts is not a profile in courage but admitted to be highly motivated to get the best job and the best education. (his words from his recent authorized biography).
    This admission by Roberts matters because lies and deceptions by Roberts colored and tainted Plaintiff's Kennedy's cases nationwide and all U.S. Court cases nationwide with Roberts as Chief Justice of the Defendant United States Courts.

2

5. Defendant the United States Courts is a private corporation, with executive offices at 1 Columbus Circle Northeast, Washington, DC 20002, and offices in this district at 844 N. King St., Wilmington, DE 19801.

6. Defendant John Glover Roberts is an individual, with an address at 1 First Street, NE, Washington, DC 20543.

7. Defendant Richard G. Andrews is an individual, with an address at 844 N. King St., Wilmington, DE 19801.

8. Defendant Leonard P. Stark is an individual, with an address at 844 N. King St., Wilmington, DE 19801.

9. Plaintiff claims federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases the Plaintiff brings this action against the United States Courts, and Defendants as federal employees and corporation officers, pursuant to Title 28 U.S. Code § 1331, in claims arising from violations of federal constitutional rights guaranteed in the fourth, fifth, seventh and ninth amendments to the U.S. Constitution and redressable pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971) arising under the U.S. Constitution, and the Magna Carta, which is mandatory and binding, good law today.

10. Plaintiff also claims federal jurisdiction pursuant to 28 U.S. Code § 1361 - Action to compel an officer of the United States to perform his duty. The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

11. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

12. Under Federal Rules of Evidence 902 the following facts are self-authenticating evidence as part of the official public record:

a. Res ipsa loquitur, in a court of record in D. Del., Defendants Andews and Stark in Case No: 18-cv-1270, in Document 14, on 05/09/19 trespassed on the case.

b. Res ipsa loquitur, in a court of record in D.Del., Defendants Andews and Stark in Case No: 18-cv-1316, in Document 9, on 01/31/19 trespassed on the case.

c. Res ipsa loquitur, in a court of record in D.Del., Defendants Andews and Stark in Case No: 18-cv-1317, in Document 16, on 05/28/19 trespassed on the case.

13. Plaintiff suffered the injuries and damages because the Defendants denied Plaintiff at least forty million dollars, ($40,000,000.00) cited in the plaintiff's cases in the dockets in paragraphs 12(a) to 12(c) inclusive in this court from Plaintiff's Original Complaints in Civil Actions cited herein.

14. In a court of record, a Judge has no discretion. Pursuant to 28 U.S. Code § 453, Defendants Roberts, Smith, Jones, Schmehl and Kearney are federal employees, who have a duty not to be negligent by U.S. Law, to

obey their oaths of office, to provide justice to both rich and poor, and to not exceed the jurisdiction of the Court.

15. Defendants Roberts, Stack and Andrews take oaths to obey the U.S. Constitution, and to tell the truth, which means not to lie, misinform, misstate, misconstrue, make law, or put false paperwork into a court of record.

16. Defendants Stark and Andrews have failed to obey their oath of office and Investiture oath, trespassed on the case and with negligence, perhaps also criminal negligence, put false paperwork into Plaintiff's cases. Roberts is Chief Executive Officer ("CEO") of Defendant United States Courts, a private corporation, and as CEO is personally and officially responsible for trespass on the case and negligence. Corporations have no immunity from lawsuits. Defendant United States Courts is a private corporation, just like Amazon and Microsoft which are public corporations. Same church, different pew!

17. Exhibit "1" Law of the Case is incorporated by reference as though fully stated herein. The Federal Tort Claims Act ("FTCA") is a 1946 federal statute that permits private parties to sue the United States Courts in a federal court for torts committed by persons acting on behalf of the United States.[2] The United States Courts is a corporation and corporations are not sovereign. We the people are sovereign. CONFIRMATIO CARTARUM, (conforming charter) October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court. This links the Magna Carta to the Common Law. The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta. The Plaintiff and his grandfather Kennedy were named Edward in honor of the good King of England, Edward. Sovereign immunity is a myth. There is no sovereign immunity for U.S. Judges that exceed their jurisdictions. We the people are sovereign, and not those agencies and agents that serve us.

18. The damages claimed are all a result of the injuries.

SECOND CAUSE OF ACTION NEGLIGENCE (Common Law Tort)

19. Paragraphs 1 through 18 are included by reference as though fully stated herein.

20. In the Law of the Case Exhibit 1 and in tort law, negligence is a distinct cause of action. The Restatement (Second) of Torts defines negligence as "conduct that falls below the standard established by law for the protection of others against unreasonable risk of harm."

---

[2] August 2, 1946, ch.646, Title IV, 60 Stat. 812, "28 U.S.C. Pt.VI Ch.171" and 28 U.S.C. § 1346.

21.   Defendant Roberts is negligent in his duty and obligation to the Plaintiff and we the people under U.S. law in order to hide the facts that he is blackmailed, bribed or leveraged as an in the closet gay male.

Sources of the first picture is published at: Underneath their robes, at https://underneaththeirrobes.blogs.com/main/2005/08/more_grist_for_.html .



22.   Defendants Andrews and Stark are Obama appointees. Plaintiff Kennedy has no beyond a reasonable doubt evidence that Obama is a U.S. Citizen. Plaintiff has seen evidence that Obama is an Indonesian Muslim based on his high school records. [3]

23.   Damages are five million dollars ($5,000,000.00) against each Defendant.

24.   The damages claimed are all a result of the injuries.

25.   I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

WHEREFORE, Plaintiff requests judgment against the Defendant as follows:

1.   For the first cause of action, an Order for the Defendants to compensate Kennedy for damages in a sum in excess of the sum of forty million and xx/100 Dollars ($40,000,000.00), equally and pursuant to Executive Order 11110 and 12 U.S. Code § 411, without delay;

---

[3] Barack Obama, aka Barry Soetoro, is registered as an Indonesiam Muslim. in his High School record, 1979, Source: Field McConnell, Abel Danger youtube channel, June 28, 2019.

2. For the second cause of action, an Order to Defendants to compensate Kennedy for Damages of five million dollars each;
3. That the court enter a declaratory judgment that defendants have acted contrary to constitutional right, power or privilege;
4. That the court enter a declaratory judgment that defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with the law, but under color of law;
5. Interest as allowed by law;
6. Costs of suit including Attorneys fees;
7. Upon proper motion, Order the Defendants to pay punitive damages to Kennedy, pursuant to the Second Cause of Action: Negligence.
8. For such other and further relief as the court may deem just and proper.

Jury Trial Demanded

Dated: July 10, 2019.

_____(seal)
By: Edward Thomas Kennedy, Plaintiff.
800 Court Street, Apt 223
Reading, PA 19601

*Plaintiff is Self-represented.*

Attachment:

Exhibit "1" Law of the Case, Nine pages (9 pages).

6