**Edward Thomas Kennedy**
800 Court Street, Apt 223
Reading, PA 19601
Phone: 415-275-1244
FAX: 570-609-1810

John A. Cerino, CLERK OF COURT
United States District Court for the District of Delaware
844 N King St,
Wilmington, DE 19801

Dear CLERK OF COURT CERINO,

    Please file on demand. Enclosed please find the following:

1-    Cover sheet (one page)
2-    Motion to Proceed In Forma Pauperis Long Form (5 pages)
3-    Complaint
4-    Exhibit 1 (9 pages)
5-    Summons for Defendants
6-    [Proposed] Order
7-    Motion to Provide CM/ECF Filing
8-    Motion to Compel Service of Process
9.    Notice: 28 U.S. Code § 1361
10.   Notice : Corruption



FILED
JUL 1 2 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

    If you have any questions, probably best to contact the AAA authorized representative and/or please contact me at (415) - 275-1244 or at email pillar.of.peace.2012@gmail.com.

Date: July 10, 2019.

                                              Sincerely,

                                        _____(seal)

                                        Edward Thomas Kennedy

**Edward Thomas Kennedy**
**800 Court Street, Apt 223**
**Reading, PA 19601**





John A. Cerino, CLERK OF COURT
United States District Court D. Del.
844 N King Street
Wilmington, DE 19801