IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,

        Plaintiff,

        v.

UNITED STATES COURTS, et al.,

        Defendants.

Civil No. 19 - 1311



NOTICE : Corruption and Objection

1-    Edward Thomas Kennedy is one of the people of Pennsylvania and in this court of record Notices the Court that from his experiences from his cases in the third circuit of United States Courts, corruption is a cancer that is out of control.

2.    Rick: How can you close me up? On what grounds?

    Renault: I am shocked- shocked- to find that gambling is going on in here!

    Croupier: [hands Renault money] Your winnings, sir.[1]

3.    Membership in the Universal Charter of the Judge, notably Article 12, by U.S. Judges is prima facie evidence of treason.[2]

OBJECTION

---

[1] Casablanca is a 1942 film about an American expatriate owner of an upscale club and gambling den in the Moroccan city of Casablanca who meets a former lover, with unforeseen complications. Plaintiff has visited Casablanca as a tourist, and yep, still gambling.

[2] https://www.unodc.org/res/ji/import/international_standards/the_universal_charter_of_the_judge/universal_charter_2017_english.pdf

4. Plaintiff's Investiture was in a church of God in Arizona in 2008, and he objects to the word "Esquire" and the phrase "The Honorable" and pig Latin term "pro se" because they are not relevant and disrespectful to the Plaintiff.

5. Plaintiff expects a good act of confession and the evidence under FRE 902 from the now active Jeffrey Epstein criminal case in S.D.N.Y. to cleanse the sins of Defendant U.S. Courts and its employees called Judges at all locations nationwide.

6. Our nation is a Constitutional republic.

7. Plaintiff's complaints of corruption (politely termed "Judicial Misconduct,") where ignored, and Plaintiff was asked not to file more complaints of corruption, which in Plaintiff's legal opinion, is prima facie evidence of corruption. Plaintiff is not shocked. God bless America.

Date: July 10, 2019.

Respectfully submitted,

_____ ---seal---
Edward Thomas Kennedy
800 Court St., Apt 223
Reading, PA 19601
415-275-1244.
pillarofpeace2012@gmail.com

*Plaintiff is self-represented.*