IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,

    Plaintiff,

    v.

UNITED STATES COURTS, et al.,

    Defendants.

Civil No. 19-1311

FILED
JUL 12 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE

Edward Thomas Kennedy is one of the people of Pennsylvania and in this court of record Notices the Court 28 USC 1361, and his wish to have a Judge assigned to administer this case who was not spied upon by Barack Hussein Obama in office as the United States judge.

Date: July 10, 2019.

Respectfully submitted,

___seal___

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, PA 19601
415-275-1244.
pillarofpeace2012@gmail.com