IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY

    Plaintiff,

v.                                    Civil Action No. 19-1311

UNITED STATES COURTS, et al.,

    Defendants.



FILED
JUL 12 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Authorization to File Electronically

1. Plaintiff Edward Thomas Kenned is one of the people of Pennsylvania and in this court of record, wishes and motions this court for authorization to file electronically,

2. Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account.

Date: July 10, 2019.

                                                                  SEAL

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, PA 19601
Phone: 415-275-1244.
Fax: 570-609-1810.
Email: pillar.of.peace.2012@gmail.com