IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Edward Thomas Kennedy,       )
                             )
            Plaintiff,       )   Civil Action No. __19-1311__
                             )
vs.                          )
                             )
The United States Courts, et. al.,  )
                             )
            Defendants )

FILED
JUL 12 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

_____

**[Proposed] ORDER**

Plaintiff's First Cause of Action

is granted _____

is not granted _____



Plaintiff's Second Cause of Action

is granted _____

is not granted _____


Date: July _____ 2019.

                                        For the court of record,

                                        _____

1