IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

UNITED STATES COURTS, et al.,

    Defendants.

Civil No. 19-1311



## MOTION TO COMPEL SERVICE OF PROCESS

Edward Thomas Kennedy is one of the people of Pennsylvania, and in this court of record wishes the court to grant this Motion to Compel Service of Process to the all the six defendants by the United States Marshall. Plaintiff will send USM 285 forms to the United States Marshall, Wilmington, Delaware.

Date: July 10, 2019.

Respectfully submitted,

---seal---

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, PA 19601
415-275-1244.
pillarofpeace2012@gmail.com