IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Edward Thomas Kennedy,           )
                                 )
                Plaintiff,       )     Civil Action No. ___19 - 1 3 1 1___
                                 )
        vs.                      )
                                 )
The United States Courts, et. al.,  )
                                 )
                Defendants )           FILED
                                       JUL 12 2019
_____    US DISTRICT COURT
                                       DISTRICT OF DELAWARE
                [Proposed] ORDER

Plaintiff's First Cause of Action

is granted _____

is not granted _____


Plaintiff's Second Cause of Action

is granted _____

is not granted _____


Date: July _____2019.

                            For the court of record,

                            _____

1