IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,          )
                                )
            Plaintiff,           )
                                )
      v.                         )          Civ. No. 19-1311-CFC
                                )
THE UNITED STATES COURTS, et al., )
                                )
            Defendants.          )

**ORDER**

At Wilmington this 23ʳᵈ day of July, 2019,

the court having considered the application to proceed in District Court without

prepaying fees or costs under 28 U.S.C. § 1915;

        IT IS ORDERED that:

        1.  The application is DENIED based on plaintiff's annual income of

$16,800.00.  (D.I. 1)

        2.  The plaintiff shall pay the $400.00 filing fee within thirty days from the

date this order is sent, or the case shall be dismissed.

                                    _____
                                    UNITED STATES DISTRICT JUDGE