IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Edward Thomas Kennedy, )
)
    Plaintiff, ) Civil Action No. 19-1311-CFC
)
vs. )
)
)
The United States Courts, et al., )
)
    Defendants. )

FILED
AUG 02 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE AND OBJECTION

1. NOTICE
28 U.S. Code § 453.

2. The Plaintiff, Edward Thomas Kennedy, ("Kennedy" and/or "Plaintiff") is one of the people of Pennsylvania in this court of record hereby OBJECTS to documents titled "Order" of July 23, 2019 because Colm F. Connolly exceeded the courts jurisdiction, and because Colm F. Connolly exceeded the court's jurisdiction, injured Kennedy in loss of rights.

Respectfully submitted,

Dated: July 30, 2019.

_____(seal)
Edward Thomas Kennedy, Plaintiff.
800 Court Street, Apt 223
Reading, PA 19601

415-275-1244
Fax (570) 275-1244
pillar.of.peace.2012@gmail.com

*Plaintiff is Self-represented.*

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

HARRISBURG PA 171

31 JUL 2019 PM 4 L


FILED
AUG 02 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of Court
US District Court - Delaware
844 N. King St.
Wilmington DE 19801

19801-357099