IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Edward Thomas Kennedy, )
)
    Plaintiff, ) Civil Action No. 19-1311-CFC
)
vs. )
)
)
The United States Courts, et al., )
)
    Defendants. )

**FILED AUG 02 2019 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## **MEMORANDUM in Support of**

## **MOTION TO RECONSIDER**

**1. NOTICE**
28 U.S. Code § 453.

2. The Plaintiff, Edward Thomas Kennedy, ("Kennedy" and/or "Plaintiff") is one of the people of Pennsylvania in this court of record filed a Motion in this court of record under the common law to reconsider "Order" dated and signed on July 23, 2019. Memo to follow because Justice is served when federal employees in this court who injured the Plaintiff are brought to justice.

3. Additionally, the court ignored the Plaintiff projected cash flow statements, which is perhaps fraud on the court and contempt on the court, trespass on this case (common law).

4. The Plaintiff believes that U.S. President Donald J. Trump on June 3rd, 2019 informed Queen of England that the corporation Act of 1871 is void.

5. Thus, all BAR attorneys operating in this Court of record are unregistered, foreign agents.

4. There is no statute of limitations in a Court of record, and Courts have returned to We the People, and we the people created United States Courts.

Dated: July 30, 2019.

Respectfully submitted,

_____(seal)
Edward Thomas Kennedy, Plaintiff.
800 Court Street, Apt 223
Reading, PA 19601

415-275-1244
Fax (570) 275-1244
pillar.of.peace.2012@gmail.com

*Plaintiff is Self-represented.*

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

HARRISBURG PA 171

31 JUL 2019 PM 4 L

FILED
AUG 02 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of Court
US District Court — Delaware
844 N. King St.
Wilmington DE 19801

19801-357099