IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 19-1311-CFC |
| | ) |
| THE UNITED STATES COURTS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 22nd day of August, 2019, for the reasons set forth in the Memorandum issued this date,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration is **denied**. (D.I. 8)

2. Plaintiff is given **thirty (30) days** from the date of this Order to pay the $400.00 filing fee. If the filing fee is not paid within that time, the Complaint shall be dismissed without prejudice and closed.

_____
UNITED STATES DISTRICT JUDGE