# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Edward Thomas Kennedy, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 19-1311-CFC |
| ) | |
| v. ) | |
| ) | |
| The United States, et al., ) | |
| ) | |
| Defendants. ) | |

**FILED SEP 03 2019 US DISTRICT COURT DISTRICT OF DELAWARE**

## NOTICE AND OBJECTION

**Take Judicial Cognizance**

1. Pursuant to Federal Rules of Evidence Rule 201(c)(2) Taking Notice, the court must take judicial notice if a party requests it and the court is supplied with the necessary information.

**Notice**

2. 28 U.S.C. § 453.

3. I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania in this court of record hereby OBJECTS to documents titled "Order" dated and signed August 22, 2019 (Doc. 11) by Colm F. Connolly. US District Judge, because it violates 28 U.S. Code § 453, and also exceeds the courts jurisdiction, and because Colm F. Connolly exceeded the court's jurisdiction, injured the Plaintiff in loss of rights.

Date: August 30, 2019.

Respectfully submitted,

*[signature]*

Edward Thomas Kennedy, Plaintiff.
800 Court Street, Apt 223
Reading, PA 19601.
Phone: 415-275-1244.
pillarofpeace2012@gmail.com

*Plaintiff is Self-represented.*