IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 19-1311-CFC ) |
| THE UNITED STATES COURTS, et al., | ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this /8th day of September, 2019, for the reasons set forth in the Memorandum issued this date,

IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for reconsideration is **denied**. (D.I. 12)

2.  As previously ordered by the Court, Plaintiff shall pay the filing fee on or before **September 22, 2019**. If the filing fee is not paid within that time, the Complaint shall be dismissed without prejudice and the case closed.

_____
UNITED STATES DISTRICT JUDGE