IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

THE UNITED STATES COURTS, et al.,

    Defendants.

Civ. No. 19-1311-CFC

**ORDER**

At Wilmington this 2nd day of October, 2019,

IT IS ORDERED that:

On July 23, 2019, the Court entered an order that denied Plaintiff's request to proceed *in forma pauperis* and required Plaintiff to pay the filing fee in full within thirty from the date of the order. (D.I. 6) Plaintiff moved for reconsideration, and the motion was denied on August 22, 2019. (D.I. 10, 11) Plaintiff was given thirty days from the date of the August 22, 2018 order to pay the filing fee in full. (*Id.*)

Next, Plaintiff filed a second motion for reconsideration. (D.I. 12) It was denied, and in the Order the Court reiterated that Plaintiff had until on or before September 22, 2019 to pay the filing fee. (D.I. 13, 14). Plaintiff was warned that failure to comply with the Order would result in dismissal of the Complaint. The time has lapsed, and Plaintiff has not complied with the Order to pay the filing fee.

Accordingly, the Complaint is **DISMISSED** without prejudice, all pending motions (D.I. 4, 5) are **DENIED** as moot, and the case is **CLOSED**.

_____
UNITED STATES DISTRICT JUDGE